right to have the water flow in its natural and ordinary manner, without any stoppage or damming up by the state. This right, however, is fully denied by the defendants, and the practice of the state for 40 years and upwards, as well as the design of the appropriation, seems to be quite inconsistent with the present claim of the plaintiff. If the state has the right to fill its reservoir, we cannot here very well consider whether the officers of the state have or have not chosen an opportune time to exercise their right. It is not alleged in the complaint that the defendants are acting in bad faith.

We think the motion must be denied.

---

### ANDERSON et al., Respondents, v. CARTER, Appellant.

*(Supreme Court, General Term, Fourth Department. February 13, 1892.)*

Action by Susan F. Anderson and others against Charles W. H. Carter.

No opinion. Judgment reversed on the law and facts, and a new trial ordered, with the costs of this appeal to abide the event.

---

### DE CAMP et al., Appellants, v. ST. LAWRENCE & A. R. CO., Respondent.

*(Supreme Court, General Term, Fourth Department. February 13, 1892.)*

Action by Julia L. De Camp and another, as executors, against the St. Lawrence & Adirondack Railroad Company.

No opinion. Order affirmed, with $10 costs and disbursements.

---

### FISH, Respondent, v. PRESS PUB. CO., Appellant.

*(Supreme Court, General Term, Fourth Department. February 13, 1892.)*

Action by Emma Fish against the Press Publishing Company.

Order affirmed, with $10 costs and disbursements.

---

### GARDENIER, Appellant, v. MOREHOUSE, Respondent.

*(Supreme Court, General Term, Fourth Department. February 13, 1892.)*

Action by Wilson H. Gardenier against David P. Morehouse, impleaded.

No opinion. Order affirmed, with $10 costs and disbursements.

---

### GAVIN, Respondent, v. WASHINGTON FIRE & MARINE INS. CO., Appellant.

*(Supreme Court, General Term, Fourth Department. February 13, 1892.)*

Action by Michael C. Gavin against the Washington Fire & Marine Insurance Company.

No opinion. Judgment and order reversed, and a new trial ordered, with costs to abide the event.

---

### GILMORE v. HAM.

*(Supreme Court, General Term, Fourth Department. February 13, 1892.)*

No opinion. Motion denied. For former reports, see 10 N. Y. Supp. 48; 15 N. Y. Supp. 391.

---

### HALL, Respondent, v. HALL, Appellant.

*(Supreme Court, General Term, Fourth Department. February 13, 1892.)*

Action by Fanny Hall against Erastus Hall.

No opinion. Order affirmed, with $10 costs and disbursements.

---

### HERMANS, Appellant, v. SMITH, Respondent.

*(Supreme Court, General Term, Fourth Department. February 13, 1892.)*

Action by Henry C. Hermans against Lewis M. Smith.

No opinion. Order reversed, without costs.